# ELECTRONIC RECORD

1038-15

COA #   07-14-00425-CR                 OFFENSE:   31.03

STYLE:  Timothy Earl Mangram v. The         COUNTY:  Hale
        State of Texas

COA DISPOSITION:      AFFIRMED            TRIAL COURT:  64th District Court

DATE: 06/30/2015              Publish: NO   TC CASE #:    A19552-1310

# IN THE COURT OF CRIMINAL APPEALS

STYLE:  Timothy Earl Mangram v. The State
        of Texas                              CCA #:    1038-15

        PRO SE            Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE:    _____

        REFUSED                              JUDGE:   _____

DATE:   10/28/2015                           SIGNED: _____        PC: _____

JUDGE:  _____              PUBLISH: _____       DNP: _____

                    ---------------------------

                                             _____ MOTION FOR

                             REHEARING IN CCA IS: _____

                             JUDGE: _____

                                             **ELECTRONIC RECORD**